1  PAUL B. BEACH, State Bar No. 166265
   pbeach@lbaclaw.com
2  DENNIS M. GONZALES, State Bar No. 59414
   dgonzales@lbaclaw.com
3  RAYMOND W. SAKAI, State Bar No. 193507
   rsakai@lbaclaw.com
4  LAWRENCE BEACH ALLEN & CHOI, PC
   100 West Broadway, Suite 1200
5  Glendale, California  91210-1219
   Telephone No. (818) 545-1925
6  Facsimile No. (818) 545-1937

7  Attorneys for Defendant
   COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSISELA RUBALCAVA individually and as successor in interest of Jesse Max Rublacava, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES and DOES 1 - 10, inclusive<br><br>Defendants. | Case No. CV 14-01183-R-JC<br><br>Honorable Manuel L. Real<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[FED. R. CIV. P 41(a)(1)(A)(ii)] |

Pursuant to the stipulation by and between Plaintiff ROSISELA RUBALCAVA, individually and as successor in interest of Jesse Max Rublacava, deceased, and Defendant COUNTY OF LOS ANGELES, through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action

///

///

1

be and hereby is dismissed, with prejudice, in its entirety pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:  July 20, 2015

Honorable Manuel L. Real